Notice of filing Deadlines and of United States Trustee's Standing Motion to dismiss for Noncompliance – Form 175

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**
**605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296**
**Phone (907) 271–2655**

In re: Jeffrey Paul Schneider

Case No. A15–00403 –
Chapter 7

## NOTICE OF FILING DEADLINES
## AND OF UNITED STATES TRUSTEE'S
## STANDING MOTION TO DISMISS FOR NONCOMPLIANCE

The above–named debtor(s) filed a chapter 7 bankruptcy petition in this court on November 25, 2015. Provisions of the United States Bankruptcy Code, 11 U.S.C. §521, and the Federal Rules of Bankruptcy Procedure, Rule 1007, require the debtor(s) to file the following documents in the Bankruptcy Court by the following deadlines:

- a list of creditors and, where the debtor has filed a chapter 11 petition, a list of the twenty largest unsecured creditors **(due at the time the petition is filed);**

- where the debtor is an individual filing under any chapter, a certificate from an approved nonprofit budget and credit counseling agency, plus a copy of any debt repayment plan **(due at the time the petition is filed)**;

- schedules of assets and liabilities, a schedule of current income and expenditures, a schedule of executory contracts and unexpired leases, and a statement of financial affairs **(due 14 days from the date the petition was filed);**

- where the debtor is filing under any chapter, copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, from any employer of the debtor, **with all but the last four digits of debtor's social security number removed (due 14 days from the date the petition was filed)**;

- where the debtor is an individual with primarily consumer debts filing under chapter 7, unless section 707(b)(2)(D) applies, a statement of current monthly income, Form B22A **(due 14 days from the date the petition was filed);**

- where the debtor is an individual filing under chapter 11, a statement of current monthly income, Form B22B **(due 14 days from the date the petition was filed)**;

- where the debtor is filing under chapter 13, a statement of current monthly income, Form B22C **(due 14 days from the date the petition was filed)**;

- where the debtor has filed a chapter 13 petition, a chapter 13 plan **(due 14 days from the date the petition was filed);**

- where the debtor has filed a chapter 11 petition, a list of equity security holders **(due 14 days from the date the petition was filed); and**

- where a chapter 7 petition has been filed by an individual debtor or a joint chapter 7 petition (husband and wife) has been filed, a statement of intention **(due 30 days from the date the petition was filed).**

The debtors are also required to attend the first meeting of creditors. Pursuant to the United States Trustee's Standing Motion to Dismiss a Case for Noncompliance and Ex Parte Motion to Shorten Time for Dismissal Hearing, filed May 14, 1996, Miscellaneous Case No. 96–00390–DMD, should the debtor(s) fail to timely file the above required documents, or fail to attend the first meeting of creditors, the United States Trustee may request a hearing on dismissal of the case on **FIVE DAYS** notice.

If the case is dismissed, a notice of dismissal will be served on all creditors and parties in interest in this case.

Dated: November 25, 2015

Office of the United States Trustee
District of Alaska

**BANKRUPTCY FRAUD AND ABUSE:** Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Office of the United States Trustee, 605 West 4th Avenue, Suite 258, Anchorage, Alaska 99501, Telephone: (907) 271–2600.