Michael Jungreis, ABA 7711184
DAVIS WRIGHT TREMAINE
188 W. Northern Lights Blvd.,
Suite 1100
Anchorage, Alaska 99503
Telephone: (907) 257-5300
Fax: (907) 257-5399
michaeljungreis@dwt.com

Attorney for Alaska Growth Capital BIDCO, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| *In re* ) | Case No. 15-00403 |
| ) | Chapter 7 |
| JEFFREY PAUL SCHNEIDER, ) | **ENTRY OF APPEARANCE** |
| ) | |
| Debtor ) | |
| _____ ) | |

Michael Jungreis of Davis Wright Tremaine LLP enters his appearance as attorney of record for Alaska Growth Capital BIDCO, Inc. ("AGC") in Jeffrey Paul Schneider's petition noted as being filed in the above-entitled case. Pursuant to Federal Rules of Bankruptcy Procedures 2002, 4001, and 9007, the undersigned requests that an entry be made on the clerk's matrix in this case and that all notices given or required to be given and all documents served or required to be served in this case be given to and served upon the persons set forth below:

    Michael Jungreis
    DAVIS WRIGHT TREMAINE
    188 W. Northern Lights Blvd.,
    Suite 1100

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

DWT 28467896v1 0104339-000002

1  Anchorage, Alaska 99503
   Telephone: (907) 257-5300
2  Fax: (907) 257-5399
   michaeljungreis@dwt.com
3
   DATED this 1st day of December, 2015.
4
                            DAVIS WRIGHT TREMAINE LLP
5
                            /s/ Michael Jungreis
6                           Michael Jungreis, ABA 7711184

7                           Attorneys for Alaska Growth Capital BIDCO, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21 Entry of Appearance                                    15-00403
   *In Re: Jeffrey Paul Schneider*                       Page **2** of **3**
   DWT 28467896v1 0104339-000002

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

1  Certificate of Service:
   I certify that on December 1, 2015, a true and correct copy of the foregoing document was
2  served electronically on the following parties:

3  Trusteee Office
   Kenneth W. Battley
4  kenbattley@yahoo.com

5  Erik LeRoy
   (representing Debtor)
   erik@alaskabankruptcy.com
6
   /s/ Michael Jungreis
7  Michael Jungreis
   Davis Wright Tremaine LLP

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

Entry of Appearance                                         15-00403
*In Re: Jeffrey Paul Schneider*                             Page **3** of **3**
DWT 28467896v1 0104339-000002